

FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0616

RAYMOND EVA,

    Petitioner,

v.

JAMES SALMONSEN, Warden,
State of Montana,

    Respondent.

ORDER

FILED

OCT 3 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Raymond Eva has filed a Petition for Writ of Habeas Corpus, challenging his convictions because the State commenced the criminal prosecution through an Information. This Court has recently addressed and denied three other Petitions with the same, verbatim arguments. *See Haithcox v. Salmonsen*, No. OP 23-0593, Order (Mont. Oct. 24, 2023); *Christopher v. Salmonsen*, No. OP 23-0601, Order (Mont. Oct. 24, 2023), and *Campbell v. Salmonsen*, No. OP 23-0602, Order (Mont. Oct. 24, 2023). Eva requests his immediate release from prison where he is serving a sentence for four sexual offenses.

This Court observes that Eva's Petition should not have been filed for this Court's consideration. In an October 8, 2019 Order, this Court required Eva to file a motion for leave prior to filing any original petition challenging his 2004 convictions or his 2016 sentence upon revocation. *Eva v. State and Guyer*, No. OP 19-0544, Order (Mont. Oct. 8, 2019). This matter is not properly before this Court.

Therefore,

IT IS ORDERED that Eva's Petition for Writ of Habeas Corpus is DISMISSED with prejudice.

The Clerk of the Supreme Court is directed to CLOSE this matter as of this Order's date.

The Clerk is also directed to provide a copy to counsel of record and to Raymond Eva personally.

DATED this 31st day of October, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices